UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA J THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00004 |
| | ) |
| MARTIN O'MALLEY, SOCIAL SECURITY ADMINISTRATION | ) ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 27) was filed on October 15, 2024 recommending the Court deny the Motion for Attorney's Fees Pursuant to Section 206(B) of the Social Security Act, 42 U.S.C. § 406(B) (Doc. No. 22). No party filed an objection to the R&R despite the R&R's warnings regarding waiver. (See Doc. No. 27 at 7).

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court reviewed the R&R and agrees with its recommended disposition.

Accordingly, the R&R (Doc. No. 27) is **APPROVED AND ADOPTED**. The Motion for Attorney's Fees (Doc. No. 22) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE